### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIONDRA MILLER,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-1511** |
| : | |
| **TRANSWORLD SYSTEMS, INC.,** : | |
|     Defendant. : | |

### ORDER

AND NOW, this 8th day of October 2024, upon consideration of Plaintiff Diondra Miller's Amended Complaint (ECF No. 7) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                          **BY THE COURT:**

                          **/s/ Chad F. Kenney**

                          **CHAD F. KENNEY, J.**